# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYL SCOTT, DAVE O'QUINN, BRIAN J. KOSINSKI, and TRACIE M. THOMAS on behalf of themselves, the Caterpillar 401(k) Retirement Plan, and all those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AON HEWITT FINANCIAL ADVISORS, LLC; HEWITT ASSOCIATES LLC d/b/a AON HEWITT; CATERPILLAR INC., and JOHN DOES 1-50,<br><br>        Defendants. | Case No. 1:17-CV-00679<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by agreement of all parties, this action is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED: November 28, 2018

Respectfully submitted,

By: */s/ James A. Bloom*
Todd M. Schneider (*Pro Hac Vice*)
Kyle G. Bates (*Pro Hac Vice*)
James A. Bloom (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Garrett W. Wotkyns (*Pro Hac Vice*)
John J. Nestico (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite #270

Scottsdale, Arizona 85253
Telephone: (480) 421-428-0141
Facsimile: (866) 505-8036

Suyash Agrawal
Eli Kay-Oliphant
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
Telephone: (312) 283-1590

Ellen T. Noteware (*Pro Hac Vice*)
Todd Collins (*Pro Hac Vice*)
Shannon J. Carson (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court Northern District of Illinois, by using the Court's CM/ECF system.

I certify that all the participants in the case are registered CM/ECF users and will be served by the Court's CM/ECF system.

By: <i>/s/ Kelle Winter</i><br>
Kelle Winter